IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN WISLER,            )<br>                                                      )<br>                   Plaintiff,          )<br>                                                      )<br>            v.                                    )<br>                                                      )<br>CITY OF FRESNO, et al,             )<br>                                                      )<br>                   Defendants.      )<br>_____) | CV F 06-1694 AWI SMS<br><br>ORDER VACATING FEBRUARY 20,<br>2007 HEARING DATE AND TAKING<br>MOTION UNDER SUBMISSION |

   Defendants Casto, Pack, Long, Louge, Jones, and Bradford have filed motions to dismiss the complaint in this action.  On February 5, 2007, Plaintiff filed an opposition.  The court has reviewed the moving papers and opposition and has determined that these motions are suitable for decision without oral argument.  Local Rule 78-230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 20, 2007 is VACATED, and the parties shall not appear at that time.  As of February 20, 2007, the court will take these motions under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     February 15, 2007                    /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE