IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN WISLER,<br><br>             Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, et al,<br><br>             Defendants. | CV F 06-1694 AWI SMS<br><br>SUPPLEMENTAL ORDER VACATING HEARING DATE AND TAKING MOTION UNDER SUBMISSION |

On February 15, 2007, the Court signed an order taking Defendants's motion to dismiss under submission. The Court indicated that the hearing was set for February 20, 2007, and that the motion would be taken under submission as of February 20, 2007. However, the hearing was actually set for February 26, 2007.

For the reasons stated in the Court's prior order, IT IS HEREBY ORDERED that the hearing date of February 26, 2007, on Defendants's motion to dismiss is (remains) VACATED and, as of February 26, 2007, the court will take these motions under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     February 16, 2007**                     **/s/ Anthony W. Ishii**
0m8i78                                                          UNITED STATES DISTRICT JUDGE