1  Rosemary T. McGuire          Bar No.  172549

2        THE LAW FIRM OF
           WEAKLEY, RATLIFF,
3       ARENDT & McGUIRE, LLP
        1630 East Shaw Avenue, Suite 176
4         Fresno, California   93710

5       Telephone: (559) 221-5256
        Facsimile:  (559) 221-5262
6

7  Attorneys for Defendants, CITY OF FRESNO, OFFICER J. LONG,
   OFFICER J. LOGUE and RESERVE SERGEANT JONES

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11
   RICHARD ALLEN WISLER              )  CASE NO.  1:06-CV-01694-AWI-SMS
12                                    )
                Plaintiff,            )
13                                    )
                vs.                   )  **STIPULATION AND ORDER EXTENDING**
14                                    )  **DISCOVERY DATES AND MODIFYING**
   CITY OF FRESNO; OFFICER J. LONG,   )  **SCHEDULING ORDER**
15 Badge #1227, individually; OFFICER J. )
   LOGUE, Badge #1233, individually;  )
16 RESERVE SERGEANT JONES, Badge      )  Trial Date:   August 12, 2008
   #RS09, individually; and DOES 1 through )
17 50, inclusive,                     )
                                      )
18              Defendants.           )
                                      )
19 ─────────────────────────────────  )

20       The parties, through their respective counsel, have conferred and hereby stipulate to

21 extending discovery dates as follows:

22       **Non-expert Discovery Cut-Off:** February 29, 2008 to **March 28, 2008**.

23       **Expert Disclosure:** February 29, 2008 to **March 28, 2008.**

24       **Supplemental Expert Disclosure:** March 14, 2008 to **April 11, 2008**.

25       **Expert Discovery Cut-Off:** March 28, 2008 to **April 25, 2008**.

26       **Non-Dispositive Motion Filing Deadline:** April 18, 2008 to **May 12, 2008**.

27       **Dispositive Motion Filing Deadline:** April 18, 2008 to **May 12, 2008**.

28       The Pre-Trial Conference: (June 27, 2008); and the Trial Date: (August 12, 2008) will

   remain the same.

   DATED: February    , 2008          WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

1

2
                      By:      /s/ Rosemary T. McGuire

3
                              Rosemary T. McGuire
                              Attorneys for Defendants

4

5
DATED: February 15, 2008      NUTALL & COLEMAN

6

7
                      By:      /s/ Mark W. Coleman

8
                              Mark W. Coleman
                              Attorneys for Plaintiff
                              RICHARD ALLEN WISLER

9

10

11
IT IS SO ORDERED.

12

13
**Dated:**   **February 20, 2008**          **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28