Rosemary T. McGuire        Bar No.  172549

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, OFFICER J. LONG,
OFFICER J. LOGUE and RESERVE SERGEANT JONES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN WISLER | CASE NO. 1:06-cv-01694-AWI-SMS |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING DISCOVERY DATES AND MODIFYING SCHEDULING ORDER** |
| CITY OF FRESNO; OFFICER J. LONG, Badge #1227, individually; OFFICER J. LOGUE, Badge #1233, individually; RESERVE SERGEANT JONES, Badge #RS09, individually; and DOES 1 through 50, inclusive, | Trial Date:  August 12, 2008 |
| Defendants. | |

The parties, through their respective counsel, have conferred and hereby stipulate to extending discovery dates as follows:

**Defendants' Supplemental Expert Disclosure:** April 11, 2008 to **April 18, 2008**.

**Expert Discovery Cut-Off:** April 25, 2008 to **May 16, 2008**.

All other dates will remain the same.

DATED: April 10 , 2008           WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:     /s/ Rosemary T. McGuire
        Rosemary T. McGuire
        Attorneys for Defendants

Stipulation and Order Extending Discovery Deadlines

| | | |
|---|---|---|
| 1 | DATED: April 10, 2008 | NUTALL & COLEMAN |
| 2 | | |
| 3 | By: | /s/ Mark W. Coleman |
| 4 | | Mark W. Coleman<br>Attorneys for Plaintiff<br>RICHARD ALLEN WISLER |

**IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:   April 18, 2008**            **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

Stipulation and Order Extending Discovery Deadlines        2