(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Plaintiff,
               RICHARD A. WISLER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\* \* \* \* \* \***

| | |
|---|---|
| RICHARD ALLEN WISLER<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF FRESNO; OFFICER J. LONG, Badge #1227, individually; OFFICER J. LOGUE, Badge #1233, individually; RESERVE SERGEANT JONES, Badge #RS09, individually; and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO.: 1:06-CV-01694 AWI<br><br>**STIPULATION AND ORDER GRANTING AN EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT** |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, that Plaintiff be granted an extension to file his Opposition to Defendant's Motion for Summary Judgement, currently scheduled to be filed on June 2, 2008, for one day, up to and including June 3, 2008, by 5:00 p.m.

**IT IS FURTHER STIPULATED AND AGREED** that the hearing on Defendant's Motion for Summary Judgement remain on calendar for June 16, 2008.  However, counsel for plaintiff requests that should the court not take the matter under advisement, and require

personal appearance at the hearing, the hearing be continued for one-week due to plaintiff's counsel having a pre-planned vacation the week of June 16, 2008.

DATED: May 30, 2008.          NUTTALL & COLEMAN

                                  /s/ MARK W. COLEMAN
                              By: _____
                                  MARK W. COLEMAN
                                  Attorneys for Plaintiff,
                                  RICHARD WISLER

DATED: May 30, 2008.          WEAKLEY, RATLIFF, ARENDT
                                & McGUIRE

                                  /S/ ROSEMARY MCGUIRE
                              By: _____
                                  ROSEMARY MCGUIRE
                                  Attorneys for Defendants

* * * * * * * *

**O R D E R**

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that Plaintiff be granted an extension to file his Opposition to Defendant's Motion for Summary Judgement, currently scheduled to be filed on June 2, 2008, for one day, up to and including June 3, 2008, by 5:00 p.m.

IT IS SO ORDERED.

**Dated:   May 31, 2008**              /s/ Anthony W. Ishii
                               UNITED STATES DISTRICT JUDGE

2