IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD ALAN WISLER,** ) | CIV F 06-1694  AWI SMS |
| ) | |
| **Plaintiff,** ) | **ORDER MOVING HEARING** |
| v. ) | **ON DEFENDANTS' MOTION** |
| ) | **FOR SUMMARY JUDGMENT** |
| **CITY OF FRESNO, et. al.,** ) | **TO JUNE 23, 2008** |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

    Defendants' motion for summary judgment is pending in this action and is set for hearing on Monday, June 16, 2008.

    The court has determined that it is necessary to reschedule the hearing on Defendants' motion for summary judgment.  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 16, 2008, is VACATED, and the hearing on this matter is reset to June 23, 2008, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   June 11, 2008**           /s/ Anthony W. Ishii
                                                           UNITED STATES DISTRICT JUDGE