IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALAN WISLER,<br><br>            **Plaintiff**,<br>   v.<br><br>CITY OF FRESNO, et. al.,<br><br>            **Defendants.** | CIV F 06-1694 AWI SMS<br><br>**ORDER VACATING JUNE 23, 2008, HEARING AND TAKING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SUBMISSION** |

Currently set for hearing and decision is Defendants' motion for summary judgment. The hearing on the matter is scheduled for June 23, 2008. Pursuant to Local Rule 78-230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 23, 2008, is VACATED, and the parties shall not appear at that time. As of June 23, 2008, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   **June 18, 2008**                        /s/ Anthony W. Ishii
                                                   UNITED STATES CHIEF DISTRICT JUDGE