1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RICHARD ALAN WISLER,** | ) | **CIV F 06-1694  AWI SMS** |
| | ) | |
| **Plaintiff**, | ) | **ORDER REASSIGNING  THIS** |
| **v.** | ) | **ACTION TO DISTRICT** |
| | ) | **COURT JUDGE LAWRENCE** |
| **CITY OF FRESNO, et. al.,** | ) | **J. O'NEILL** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

The court finds it necessary to reassign this action from the docket of Chief District Judge Anthony W. Ishii to District Judge Lawrence J. O'Neill.   See Local Rule Appendix A(f)(1). Accordingly, the Clerk of the Court is DIRECTED to reassign this action to District Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:    July 10, 2008**                          _____/s/ Lawrence J. O'Neill_____
                                                                          United States District Judge

IT IS SO ORDERED.

**Dated:    July 10, 2008**                          _____/s/ Anthony W. Ishii_____
                                                                          CHIEF UNITED STATES DISTRICT JUDGE